## HARRY T. CONSTAS *v.* JOSEPH RISOLI ET AL.
## (AC 33129)

Lavine, Beach and Alvord, Js.

Argued November 18—officially released December 13, 2011

Per Curiam. The judgment is affirmed.

## ROSHUN C. JONES *v.* COMMISSIONER
## OF CORRECTION
## (AC 33021)

Gruendel, Alvord and Bear, Js.

Submitted on briefs November 18—officially released December 13, 2011

Per Curiam. The appeal is dismissed.

## JASON MILLER *v.* COMMISSIONER OF CORRECTION
## (AC 32746)

Beach, Espinosa and Flynn, Js.

Argued November 30—officially released December 20, 2011

Per Curiam. The judgment is affirmed.